VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
Post Office Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
CHRISTIAN URIEL GARCIA ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00216-DAD-BAM |
|---|---|
| *Plaintiff,* | **STIPULATION VACATING STATUS CONFERENCE AND SETTING CHANGE OF PLEA IN DISTRICT COURT; ORDER** |
| vs. | |
| CHRISTIAN URIEL GARCIA ANDRADE, | DATE: February 3, 2020<br>TIME: 10:00 a.m.<br>JUDGE: Hon. DALE A. DROZD |
| *Defendant.* | |

IT IS HEREBY STIPULATED by the parties through their respective counsel that the status conference now set for January 13, 2010 at 1:00 p.m. may be vacated and that this matter may be calendared for change of plea on February 3, 2010 at 10:00 a.m. before the Honorable Dale A. Drozd.

The parties further stipulate and agree that time may be excluded up to and including February 3, 2020 pursuant to section 3161 (h)(7)(A) 0f the Speedy Trial Act because the delay resulting from such continuance is necessary for the parties to finalize their plea agreement and set it before the district court. For that reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

///

///

///

Respectfully submitted,

| | | |
|---|---|---|
| Dated: January 9, 2020 | | /s/ Victor M. Chavez<br>VICTOR M. CHAVEZ<br>Attorney for Defendant |
| Dated: January 9, 2020 | | /s/ Justin Gilio<br>JUSTIN GILIO<br>Assistant U.S. Attorney for Plaintiff |

### **ORDER**

IT IS SO ORDERED that the 9th status conference set for January 13, 2020 is vacated. A change of plea hearing is set for **February 3, 2020 at 10:00 AM before District Judge Dale A. Drozd**. Time is excluded pursuant to pursuant to section 3161 (h)(7)(A).

IT IS SO ORDERED.

Dated: **January 9, 2020**      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE