1  VICTOR M. CHAVEZ, Bar #113752
   Attorney at Law
2  P.O. Box 5965
   Fresno, California 93755
3  Telephone: (559) 824-6293

4  Counsel for Defendant
   CHRISTIAN URIEL GARCIA ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>CHRISTIAN URIEL GARCIA ANDRADE<br><br>*Defendant.* | Case No. 1:18-cr-000216-DAD-BAM<br><br>STIPULATION CONTINUING SENTENCING; ORDER<br><br>DATE:  July 13, 2020<br>TIME:   10:00 a.m.<br>JUDGE: Hon. DALE A. DROZD |
|---|---|

   IT IS HEREBY STIPULATED by the parties through their respective counsel that the sentencing hearing now set for May 11, 2020 may be continued to July 13, 2020.

   The defense has proposed this stipulation due to the fact that it has not been possible to review the draft presentence report with the client because of the covid-19 quarantine at Lerdo. The parties are requesting a date approximately 60 days out.

                                    Respectfully submitted,


Dated:  April 15, 2020              */s/ Victor M. Chavez*
                                    VICTOR M. CHAVEZ
                                    Attorney for Defendant
                                    CHRISTIAN URIEL GARCIA ANDRADE


Dated:  April 15, 2020              */s/ Justin J. Gilio*
                                    JUSTIN J. GILIO
                                    Assistant U.S. Attorney for Plaintiff

## ORDER

**IT IS SO ORERED** that the sentencing hearing set for Monday, May 11, 2020 be continued to Monday July 13, 2020 in Courtroom 5.

IT IS SO ORDERED.

Dated:   **April 15, 2020**                    _/s/ Dale A. Drozd_
                                                UNITED STATES DISTRICT JUDGE

Garcia Andrade- Stipulation and Proposed Order