VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
CHRISTIAN URIEL GARCIA ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-000216-DAD-BAM |
|---|---|
| *Plaintiff,* | STIPULATION CONTINUING SENTENCING; ORDER |
| vs. | |
| CHRISTIAN URIEL GARCIA ANDRADE | DATE:  August 10, 2020 |
| | TIME:  10:00 a.m. |
| *Defendant.* | JUDGE: Hon. DALE A. DROZD |

IT IS HEREBY STIPULATED by the parties through their respective counsel that the sentencing hearing now set for July 13, 2020 may be continued to August 10, 2020.

The defense proposes this stipulation in order to obtain and file documents in support of its sentencing position.

Respectfully submitted,

Dated: July 7, 2020    */s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Attorney for Defendant
CHRISTIAN URIEL GARCIA ANDRADE

Dated: July 7, 2020    */s/ Justin J. Gilio*
JUSTIN J. GILIO
Assistant U.S. Attorney for Plaintiff

**ORDER**

The sentencing hearing scheduled for July 13, 2020 is continued to August 10, 2020 at 10:00 a.m. in Courtroom 5.

IT IS SO ORDERED.

Dated: __**July 7, 2020**__  

_____
UNITED STATES DISTRICT JUDGE